UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE A. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORE-MARK INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-07451-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS ORIGINAL COMPLAINT**<br><br>Re: Dkt. No. 16 |

　　　　Defendant Core-Mark International, Inc. ("Core-Mark") moved to dismiss Plaintiff Willie Brown's original complaint. Dkt. 16. Brown has since filed an amended complaint. Dkt. 21. The original complaint having been superseded, Core-Mark's motion is DENIED AS MOOT, without prejudice to any argument that Core-Mark may raise in a new motion in response to the amended complaint.[1]

**IT IS SO ORDERED.**

Dated: March 1, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).