**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq., Cal. Bar No. 260264
kelsey@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

**DAVTYAN PROFESSIONAL LAW CORPORATION**
EMIL DAVTYAN, Esq., Cal. Bar No. 299363
emil@davtyanlaw.com
21900 Burbank Blvd, 3rd Floor
Woodland Hills, California 91306
Telephone: (818) 992-2935
Fax: (818) 975-5525

Attorneys for Plaintiff and the Proposed Class
*(Additional Counsel listed on the next page)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE A. BROWN, an individual, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>CORE-MARK INTERNATIONAL, INC.; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO. 3:18-cv-07451-JCS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |

1

**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**

**FISHER & PHILLIPS LLP**
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
Email: alau@fisherphillips.com

J. Randall Coffey, *Pro Hac Vice*
Jessie F. Bustamante, *Pro Hac Vice*
**FISHER &PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, Missouri 64112
Telephone: (816) 842-8770
Facsimile: (816) 842-8767
E-mail: rcoffey@fisherphillips.com
E-mail: jbustamante@fisherphillips.com

## ORDER OF DISMISSAL

Pursuant to the parties WILLIE A. BROWN's and CORE-MARK INTERNATIONAL, INC.'s request for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE AS TO Plaintiff's individual claims against Defendant CORE-MARK INTERNATIONAL, INC. and WITHOUT PREJUDICE as to the members of the putative class as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: September 10, 2019



Judge Joseph C. Spero